**Electronically Filed
Supreme Court
SCWC-17-0000834
25-FEB-2021
10:44 AM
Dkt. 21 ODAC**

SCWC-17-0000834

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHRIS SLAVICK, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000834; S.P.P. NO. 16-4-0004; CR. NO. 04-1-1534)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, JJ.,
and Circuit Judge Somerville, in place of Eddins, J., recused)

Petitioner/Petitioner-Appellant's Application for Writ of Certiorari filed on January 22, 2021, and deemed to be filed on January 19, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 25, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Rowena A. Somerville

